AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nicholas Brodigan,

                                  JUDGMENT IN A CIVIL CASE

                Petitioner,

   v.                             Case Number: 2:20-cv-01168-KJD

USA,

                Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Respondent, USA, and against Petitioner, Nicholas Brodigan. A Certificate of Appealability is Denied.

7/11/23                                                      DEBRA K. KEMPI
Date                                                             Clerk

                                                                   /s/ R. Gador
                                                                   Deputy Clerk